**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANKLIN S. CAMILLO and CELINA SALAZAR CAMILLO,<br><br>           Plaintiffs,<br>   v.<br><br>WASHINGTON MUTUAL BANK, F.A., CALIFORNIA RECONVEYANCE CO., QUALITY LOAN SERVICE, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., and DOES 1 through 50 inclusive,<br>           Defendants. | 1:09-CV-1456  AWI SMS<br><br>**ORDER CLOSING CASE** |

      This matter is identical to *Camillo, et. al v. Washington Mutual Bank, et. al,* 1:09-cv-1548 AWI SMS.  A motion to dismiss was granted, an amended complaint was filed, and a motion to dismiss is pending in case number 1:09-cv-1548.  In contrast, nothing has occurred in this matter (1:09-cv-1456).  On November 5, 2009, Defendants filed a request to dismiss this case since it is identical to case number 1:09-cv-1548.  Over two months have passed and Plaintiffs have not responded to this request.  Since the merits of this matter are being adjudicated in another case, this case is identical to 1:09-cv-1548, and Plaintiffs have not responded to the requested dismissal, the Court will close this case.

      Accordingly, IT IS HEREBY ORDERED that the Clerk shall CLOSE this case and the parties shall instead continue to pursue the merits of the matter under case number 1:09-cv-1548. IT IS SO ORDERED.

Dated:   **January 8, 2010**            /s/ Anthony W. Ishii
                                             CHIEF UNITED STATES DISTRICT JUDGE